1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. KELLY
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone: (559) 498-7272

FILED

2005 JUL -1  P 3: 53

US DIST. COURT

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. F-05-00228 OWW |
| Plaintiff, | ORDER TO UNSEAL INDICTMENT |
| v. | |
| BRYAN KEITH WASHINGTON, | |
| Defendant. | |

The indictment in this case having been sealed by Order of this Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby ORDERED that the indictment be unsealed and made public record.

Dated: July 1, 2005

United States Magistrate Judge
SM SNYDER

1