1 | QUIN DENVIR, Bar #49374
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | 2300 Tulare Street, Suite 330
Fresno, California 93721-2226
4 | Telephone: (559) 487-5561

5 | Attorney for Defendant
Bryan Keith Washington

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-00228 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE;  AND ORDER THEREON |
| v. | ) | |
| BRYAN KEITH WASHINGTON | ) | Date:  October 17, 2005
Time:  9:00 a.m.
Court:  Hon. Oliver W. Wanger |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KIMBERLY A. KELLY, Assistant United States Attorney, counsel for Plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Bryan Keith Washington, that the date for status conference and ruling on motions in the above-captioned matter may be continued to October 17, 2005. **The date previously set for status conference is September 19, 2005.  The requested new date is October 17, 2005.**

   The reason for this request is that the defense requests additional time to conduct further investigation prior to the court's ruling on the pending discovery motion.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and ruling on pretrial motions pursuant to 18 U.S.C. § 3161(h)(1)(F).

McGREGOR W. SCOTT
United States Attorney

DATED: September 15, 2005                 By  /s/ Kimberly A. Kelly
                                              KIMBERLY A. KELLY
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

                                              QUIN DENVIR
                                              Federal Public Defender

DATED: September 15, 2005                 By  /s/ Eric V. Kersten
                                              ERIC V. KERSTEN
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              Bryan Keith Washington

# **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(iv) and 3161(h)(1)(F).

DATED: September _16___, 2005
                                              /s/ OLIVER W. WANGER
                                              OLIVER W. WANGER, Judge
                                              United States District Court
                                              Eastern District of California

Stipulation to Continue Status Conference            2