IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-cr-00228 OWW |
| Plaintiff, ) | |
| ) | ORDER ON GOVERNMENT'S |
| v. ) | MOTION TO DISMISS |
| ) | (Fed. R. Crim. P. 48 (a)) |
| BRYAN KEITH WASHINGTON, ) | |
| Defendant. ) | |

O R D E R

IT IS HEREBY ORDERED that the indictment in the above-entitled case be dismissed without prejudice.

Dated: January  25 , 2006           /s/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger
                                     U.S. District Judge

1